**IT IS ORDERED as set forth below:**



Date: August 6, 2021

_____Susan D. Barrett_____
United States Bankruptcy Judge
Southern District of Georgia

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ROGER L WHITEHEAD | : | CASE NO. 21-10380-SDB |
| AND ALICIA M WHITEHEAD, | : | |
| | : | |
| Debtors. | : | |
| | : | |
| _____ | : | |
| | : | |
| AMERICREDIT FINANCIAL | : | |
| SERVICES, INC. DBA GM | : | |
| FINANCIAL, | : | |
| | : | CONTESTED MATTER |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| ROGER L WHITEHEAD | : | |
| AND ALICIA M WHITEHEAD, | : | |
| Debtors; | : | |
| and HUON LE, Trustee, | | |
| | | |
| Respondents. | | |

**CONSENT ORDER ON OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN**

This matter is before the court on the Objection to confirmation filed by AmeriCredit Financial Services, Inc. dba GM Financial, (the "Movant"), a creditor of Roger L Whitehead and Alicia M Whitehead, ("Debtors"). Movant has a net claim in this case secured by a 2017 Jeep Cherokee, (the "Collateral"). Movant filed its Proof of Claim in the amount of $11,489.30.

Prior to the hearing set for August 9, 2021, the parties agreed to resolve the objection.

It is hereby ORDERED:

1) The claim of Movant shall be fully secured at $11,489.30.

2) The claim shall be paid at 5.75% interest

3) Post confirmation monthly payments will be $221.00 per month

4) Pre-confirmation Adequate Protection payments to Movant shall be $105.00 per month.

[END OF DOCUMENT]

Prepared by:
s/Philip L Rubin
PHILIP L. RUBIN
GA BAR 618525
Lefkoff, Rubin, Gleason & Russo, PC
5555 Glenridge Connector, Suite 900
Atlanta, GA 30342
404-869-6900
prubin@lrglaw.com
Secured Creditor's Attorney

Consented to by:
Debtor's counsel
s/
Kelly B. Kitchens
GA Bar No. 078326
Claeys, McElroy-Magruder & Kitchens
512 Telfair Street
Augusta, GA 30901
706-724-6000

No Opposition:
Chapter 13 Trustee

s/
Huon Le                Frederick Carpenter
GA Bar No.             Attorney for Chapter 13
P.O. Box 2127          Trustee Huon Le
Augusta, GA 30903      GA Bar No. 341438
706-724-1039